IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE BARTON,

        Petitioner,

   v.

KATHY MENDOZA-POWERS, Warden,

        Respondent.
                                         /

No. C 07-00258 CW

**JUDGMENT**

For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED

That Petitioner Eddie Barton's Petition for Writ of Habeas Corpus is denied and that each party bear its own costs of action.

Dated at Oakland, California, this 23rd day of July, 2009.

                                        VICTORIA MINOR
                                        Clerk of Court

By: _____
     SHEILAH CAHILL
     Deputy Clerk